

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUDITH STRICKLAND, Derivatively on Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,

                         Plaintiff,

- against -

WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,

                         Defendants.

Case No. 10-CV-5445 (RMB) (JLC)

**ECF CASE**

**ORDER FOR ADMISSION**
*PRO HAC VICE*

---

Upon the motion of Dianne F. Coffino and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

MICHAEL J. COFFINO
The Crone Law Group
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
415-955-8900 / 415-955-8910
mcoffino@cronelaw.com

is admitted to practice *pro hac vice* as counsel for Defendants Wang Hongjun, Yu Liguo, Robert C. Bruce, Edward M. Rule, Li Jingfu, Zhang Yang Dio, Ju Guizhi in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: **8/18/10**
New York, NY

SO ORDERED
Richard M. Berman
United States District/Magistrate Judge