UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH STRICKLAND, Derivatively On Behalf :
of Nominal Defendant CHINA NORTH EAST      :
PETROLEUM HOLDINGS LIMITED,                :
                                           :               10 Civ. 05445 (MGC)
                                           :
           Plaintiff,                      :               ECF Case
                                           :
                                           :
           v.                              :
                                           :               NOTICE OF APPEARANCE AND
                                           :               REQUEST FOR ELECTRONIC
WANG HONGJUN, YU LIGUO, ROBERT C.          :               NOTIFICATION
BRUCE, EDWARD M. RULE, LI JINGFU,          :
ZHANG YANG DIO, JU GUIZHI,

           Defendants,

           - and –

CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED,

                   Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          PLEASE TAKE NOTICE that defendant Robert C. Bruce appears in the
case captioned above by his counsel, Edwin G. Schallert of Debevoise & Plimpton LLP
with offices at 919 Third Avenue, New York, New York 10022.  The undersigned
respectfully requests that notice of electronic filing of all papers in the within action, as
well as copies of all other documents that are required to be served or delivered to
counsel, be transmitted to him at the address given below.


Dated: New York, New York
       March 31, 2011

                                           DEBEVOISE & PLIMPTON LLP

                                           By:/s/ Edwin G. Schallert
                                                  Edwin G. Schallert
                                                  egschallert@debevoise.com
                                           919 Third Avenue
                                           New York, New York  10022
                                           (212) 909-6000

                                           *Attorneys for Defendant Robert C. Bruce*