```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JUDITH STRICKLAND, Derivatively On
Behalf of Nominal Defendant CHINA NORTH
EAST PETROLEUM HOLDINGS LIMITED,

    Plaintiff,

v.

WANG HONGJUN, YU LIGUO, ROBERT C.
BRUCE, EDWARD M. RULE, LI JINGFU,
ZHANG YANG DIO, JU GUIZHI,

    Defendants,

- and –

CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED,

    Nominal Defendant.

------------------------------------------------------- X

10 Civ. 05445 (MGC)

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Robert C. Bruce to move, answer or otherwise respond to the Verified Amended Shareholder Derivative Complaint in the above proceeding shall be extended from April 4, 2011 to and including April 20, 2011.

Dated: New York, New York
       March 31, 2011

                              DEBEVOISE & PLIMPTON LLP

                              By: _____
                                  Edwin G. Schallert
                                  egschallert@debevoise.com
                              919 Third Avenue
                              New York, New York 10022
                              (212) 909-6000

                              *Attorneys for Defendant Robert C. Bruce*

RIGRODSKY & LONG, P.A.

By: /s/ Timothy J. McFall
Timothy J. McFall
tim@rigrodskylong.com
585 Stewart Avenue, Suite 304
Garden City, New York 11530
(516) 683-3516

*Lead Counsel for Plaintiffs*

SO ORDERED:

5/—

U.S.D.J.

2