UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JUDITH STRICKLAND, Derivatively On Behalf :
of Nominal Defendant CHINA NORTH EAST :
PETROLEUM HOLDINGS LIMITED, :      10 Civ. 05445 (MGC)
:
          Plaintiff, :      ECF Case
:
    v. :
:
WANG HONGJUN, YU LIGUO, ROBERT C. :
BRUCE, EDWARD M. RULE, LI JINGFU, :
ZHANG YANG DIO, JU GUIZHI, :
:
         Defendants, :
:
    - and -- :
:
CHINA NORTH EAST PETROLEUM :
HOLDINGS LIMITED, :
:
         Nominal Defendant. :
----------------------------------------x

## CERTIFICATE OF SERVICE

    I, Jared I. Kagan, an attorney associated with Debevoise & Plimpton LLP, attorneys for defendant Robert C. Bruce, certify that I am over 18 years of age and that, on this 5TH day of April, 2011, I caused copies of the foregoing **Notice of Appearance and Request for Electronic Notification** to be served by First Class Mail on the following attorneys for plaintiff Judith Strickland:

                Brian D. Long
                919 N. Market Street
                Suite 980
                Wilmington, DE 19801

                Mark A. Rigrodsky
                919 N. Market Street
                Suite 980
                Wilmington, DE 19801

    I certify under penalty of perjury that the foregoing is true and correct.

23407331v1

Dated:  April 5, 2011
        New York, New York

                                                Jared I. Kagan
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, New York 10022
(212) 909-6000
jikagan@debevoise.com