(EDARBAUM S,

Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>Defendants,<br><br>- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for nominal defendant China North East Petroleum Holdings Limited to move, answer or otherwise respond to the Verified Amended Shareholder Derivative Complaint in this action shall be extended to April 20, 2011.

Dated: April 5, 2011

THE CRONE LAW GROUP

By: _____
Michael J. Coffino
Admitted *Pro Hac Vice*
(California Bar No. 88109)
mcoffino@cronelaw.com

Jaime J. Santos (JS-3361)
Admitted in New York and S.D.N.Y.
jsantos@cronelaw.com

101 Montgomery Street, Suite 2650
San Francisco, California 94104
Telephone: (415) 955-8900

*Attorneys for Nominal Defendant*
China North East Petroleum
Holdings Limited

*Of Counsel:*

Lawrence Brocchini (LB-2628)
lbrocchini@rpl-law.com
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010
Telephone: (212) 763-4140

2

RIGRODSKY & LONG, P.A.

By: /s/ Timothy J. McFall
Timothy J. McFall
tim@rigrodskylong.com
585 Stewart Avenue, Suite 304
Garden City, New York 11530
Telephone: (516) 683-3516

*Lead Counsel for Plaintiffs*

S/ SO ORDERED:

_____
U.S.D.J.

April 7, 2011