Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Defendants
WANG HUNG JUN, GUIZHI JU, ZHANG YANG DIO
-and Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>Defendants,<br><br>- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

**Sheila Zuni hereby certifies that:**

I am employed with the firm of The Crone Law Group in the County of San Francisco, State of California, and am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 2650, San Francisco, California 94104.

On April 11, 2011, I caused to be served a true and correct copy of STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT on the following persons at the last known address set forth below:

>Brian D. Long
>Marc A. Rigrodsky
>Rigrodsky & Long, P.A.
>919 N. Market Street, Suite 980
>Wilmington, DE 19801
>*Attorneys for Plaintiff Judith Strickland*

_____
Sheila Zuni