UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────x

| | | |
|---|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | ) ) ) ) | ECF Case |
| | ) | 10-cv-05445-MGC |
| Plaintiff, | ) ) | NOTICE OF MOTION |
| v. | ) ) | |
| WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI, | ) ) ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | ) ) ) | |
| Nominal Defendant. | ) | |

───────────────────────────────X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings in this action, defendant Robert C. Bruce hereby moves, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss the Verified Amended Shareholder Derivative Complaint. Pursuant to Judge Cedarbaum's Individual Rules of Practice, this motion is returnable for oral argument at 10:00 a.m. on Thursday, May 19, 2011.

Dated April 20, 2011

DEBEVOISE & PLIMPTON LLP

By:

/s/ Edwin G. Schallert
Edwin G. Schallert
Katherine H. Worden
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
egschall@debevoise.com
khworden@debevoise.com

*Attorneys for Defendant Robert C. Bruce*

23414937v1