```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JUDITH STRICKLAND, Derivatively On Behalf :
of Nominal Defendant CHINA NORTH EAST    :
PETROLEUM HOLDINGS LIMITED,              :          10 Civ. 05445 (MGC)
                                         :
            Plaintiff,                   :          ECF Case
                                         :
       v.                                :
                                         :
WANG HONGJUN, YU LIGUO, ROBERT C.        :
BRUCE, EDWARD M. RULE, LI JINGFU,        :
ZHANG YANG DIO, JU GUIZHI,               :
                                         :
            Defendants,                  :
                                         :
       - and --                          :
                                         :
CHINA NORTH EAST PETROLEUM               :
HOLDINGS LIMITED,                        :
                                         :
            Nominal Defendant.           :
------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Jared I. Kagan, an attorney associated with Debevoise & Plimpton LLP, attorneys for defendant Robert C. Bruce, certify that I am over 18 years of age and that, on this 20TH day of April, 2011, I caused copies of the foregoing **Notice of Motion** and **Memorandum of Law in Support of Defendant Robert C. Bruce's Motion to Dismiss** to be served by First Class Mail on the following attorneys for plaintiff Judith Strickland:

> Brian D. Long, Esq.
> 919 N. Market Street
> Suite 980
> Wilmington, DE 19801

23418254v1

Mark A. Rigrodsky, Esq.
919 N. Market Street
Suite 980
Wilmington, DE 19801

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   April 20, 2011
        New York, New York

*[signature]*
Jared I. Kagan
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, New York 10022
(212) 909-6000
jikagan@debevoise.com

2

23418254v1