Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>     Plaintiff,<br><br>     v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>     Defendants,<br><br>     - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>     Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case |

[Captions continued on following page]

| | |
|---|---|
| SHERWIN DROBNER,<br><br>    Plaintiff,<br><br> v.<br><br>WANG HONGJUN, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO,<br><br>    Defendants,<br><br> - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>    Nominal Defendant. | C.A. No. 1:10-cv-06319 (RMB) |
| JONO NICOLN, derivatively on behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, YU LIGUO, ROBERT BRUCE, EDWARD RULE, RUISHI HU, and LI JINGFU,<br><br>    Defendants,<br><br> - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>    Nominal Defendant. | C.A. No. 1:10-cv-06344 (RMB) |

## **NOMINAL DEFENDANTS' NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Michael J. Coffino dated April 20, 2011 and the exhibits attached to the declaration, this notice, the

2

accompanying memorandum of law in support of this motion, any subsequent submissions that shall be made in support of this motion, and all prior proceedings, the undersigned, on behalf of Nominal Defendant, China North East Petroleum Holdings Limited, will move this Court, before the Honorable Miriam G. Cedarbaum, at the United States Courthouse, 500 Pearl Street, New York, New York, at 10:00 a.m. on May 19, 2011, to dismiss the Verified Amended Shareholder Derivative Complaint, in its entirety and with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1.

Dated: April 20, 2011

        Respectfully submitted,

        THE CRONE LAW GROUP

    By: /s/ Michael J. Coffino
        Michael J. Coffino
        Admitted *Pro Hac Vice*
        (California Bar No. 88109)
        mcoffino@cronelaw.com

        Jaime J. Santos (JS-3361)
        Admitted in New York and S.D.N.Y.
        jsantos@cronelaw.com

        101 Montgomery Street, Suite 2650
        San Francisco, California 94104
        Telephone: (415) 955-8900

        *Attorneys for Nominal Defendant*
        China North East Petroleum
        Holdings Limited

*Of Counsel:*

Lawrence Brocchini (LB-2628)
lbrocchini@rpl-law.com
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor

3

New York, New York 10010
Telephone: (212) 763-4140