Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>Defendants,<br><br>- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case |

[Captions continued on following page]

| | |
|---|---|
| SHERWIN DROBNER,<br><br>    Plaintiff,<br><br> v.<br><br>WANG HONGJUN, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO,<br><br>    Defendants,<br><br> - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>    Nominal Defendant. | C.A. No. 1:10-cv-06319 (RMB) |
| JONO NICOLN, derivatively on behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, YU LIGUO, ROBERT BRUCE, EDWARD RULE, RUISHI HU, and LI JINGFU,<br><br>    Defendants,<br><br> - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>    Nominal Defendant. | C.A. No. 1:10-cv-06344 (RMB) |

**CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Nominal Defendant China North East Petroleum Holdings Limited, which is

incorporated in the State of Nevada, hereby certifies that China North East Petroleum Holdings Limited has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 20, 2011

                                      Respectfully submitted,

                                      THE CRONE LAW GROUP

                                By: /s/ Michael J. Coffino
                                    Michael J. Coffino
                                    Admitted *Pro Hac Vice*
                                    (California Bar No. 88109)
                                    mcoffino@cronelaw.com

                                    Jaime J. Santos (JS-3361)
                                    Admitted in New York and S.D.N.Y.
                                    jsantos@cronelaw.com

                                    101 Montgomery Street, Suite 2650
                                    San Francisco, California 94104
                                    Telephone: (415) 955-8900

                                    *Attorneys for Nominal Defendant*
                                    China North East Petroleum
                                    Holdings Limited

*Of Counsel:*

Lawrence Brocchini (LB-2628)
lbrocchini@rpl-law.com
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010
Telephone: (212) 763-4140