Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>Defendants,<br><br>- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case |

[Captions continued on following page]

1

| | |
|---|---|
| SHERWIN DROBNER,<br><br>              Plaintiff,<br><br>   v.<br><br>WANG HONGJUN, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO,<br><br>              Defendants,<br><br>   - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>              Nominal Defendant. | C.A. No. 1:10-cv-06319 (RMB) |
| JONO NICOLN, derivatively on behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>              Plaintiff,<br><br>   v.<br><br>WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, YU LIGUO, ROBERT BRUCE, EDWARD RULE, RUISHI HU, and LI JINGFU,<br><br>              Defendants,<br><br>   - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>              Nominal Defendant. | C.A. No. 1:10-cv-06344 (RMB) |

**CERTIFICATE OF SERVICE**

**Sheila Zuni hereby certifies that:**

I am employed with the firm of The Crone Law Group in the County of San Francisco, State of California, and am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 2650, San Francisco, California 94104.

On April 21, 2011, I caused to be served a true and correct copy of:

1. NOMINAL DEFENDANTS' NOTICE OF MOTION TO DISMISS

2. NOMINAL DEFENDANTS' CORRECTED NOTICE OF MOTION TO DISMISS

3. MEMORANDUM IN SUPPORT OF THE MOTION OF CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED TO DISMISS AMENDED COMPLAINT

4. DECLARATION OF MICHAEL J. COFFINO IN SUPPORT OF THE MOTION OF CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED TO DISMISS THE AMENDED COMPLAINT

5. CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED'S RULE 7.1 DISCLOSURE STATEMENT

to be served by First-Class Mail on the following persons at the last known address set forth below:

> Brian D. Long
> Marc A. Rigrodsky
> Rigrodsky & Long, P.A.
> 919 N. Market Street, Suite 980
> Wilmington, DE 19801
> *Attorneys for Plaintiff Judith Strickland*

_____
Sheila Zuni