Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>Defendants,<br><br>- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case |

[Captions continued on following page]

| | |
|---|---|
| SHERWIN DROBNER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WANG HONGJUN, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO,<br><br>　　　　　　Defendants,<br><br>　　- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>　　　　　　Nominal Defendant. | C.A. No. 1:10-cv-06319 (RMB) |
| JONO NICOLN, derivatively on behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, YU LIGUO, ROBERT BRUCE, EDWARD RULE, RUISHI HU, and LI JINGFU,<br><br>　　　　　　Defendants,<br><br>　　- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>　　　　　　Nominal Defendant. | C.A. No. 1:10-cv-06344 (RMB) |

**NOTICE OF CHANGE OF ADDRESS**

TO ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for Michael J. Coffino.

1. I am admitted *Pro Hac Vice* in the above-entitled case.

2. I will continue to be counsel of record on the above-entitled case at my new address:

   The Crone Law Group
   101 Montgomery Street, Suite 2650
   San Francisco, CA 94104

Dated: May 10, 2011                              THE CRONE LAW GROUP

                                                 By: /s/ Michael J. Coffino
                                                     Michael J. Coffino
                                                     Admitted *Pro Hac Vice*
                                                     (California Bar No. 88109)
                                                     mcoffino@cronelaw.com

                                                     Jaime J. Santos (JS-3361)
                                                     Admitted in New York and S.D.N.Y.
                                                     jsantos@cronelaw.com

                                                     101 Montgomery Street, Suite 2650
                                                     San Francisco, California 94104
                                                     Telephone: (415) 955-8900

                                                     *Attorneys for Nominal Defendant*
                                                     China North East Petroleum
                                                     Holdings Limited