Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Nominal Defendant
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>Defendants,<br><br>- and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC)<br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

1

**Sheila Zuni hereby certifies that:**

I am employed with the firm of The Crone Law Group in the County of San Francisco, State of California, and am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 2650, San Francisco, California 94104.

On May 10, 2011, I caused to be served a true and correct copy of the NOTICE OF CHANGE OF ADDRESS to be served by First-Class Mail on the following persons at the last known address set forth below:

> Brian D. Long
> Marc A. Rigrodsky
> Rigrodsky & Long, P.A.
> 919 N. Market Street, Suite 980
> Wilmington, DE 19801
> *Attorneys for Plaintiff Judith Strickland*

/s/ Sheila Zuni
Sheila Zuni