UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | : : : : | C.A. 10 Civ. 05445 (MGC) |
| Plaintiff, | : : | ECF Case |
| v. | : : | |
| WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI, | : : : : | |
| Defendants, | : : | |
| - and – | : : | |
| CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | : : : | |
| Nominal Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SHERWIN DROBNER | : : | C.A.10 Civ. 06319 (MGC) |
| Plaintiff, | : : : | |
| v. | : : | |
| WANG HONGJUN, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO | : : : : | |
| Defendants, | : : | |
| - and – | : : | |
| CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | : : : : | |
| Nominal Defendant. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JONO NICOLN, Derivatively on Behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED | : : : : | C.A.10 Civ. 06344 (MGC) |
| Plaintiff, | : : | |
| v. | : : | |
| WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, YU LIGUO, ROBERT BRUCE, EDWARD RULE, RUISHI HU, and LI JINGFU | : : : : | |
| Defendants, | : : | |
| - and – | : : | |
| CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | : : : | |
| Nominal Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

    I, Jared I. Kagan, an attorney associated with Debevoise & Plimpton LLP, attorneys for defendant Robert C. Bruce, certify that I am over 18 years of age and that, on this 24TH day of May, 2011, I caused copies of the foregoing **Reply Memorandum in Support of Defendant Robert C. Bruce's Motion to Dismiss** to be served by First Class Mail on the following attorneys for plaintiff Judith Strickland:

        Brian D. Long, Esq.
        919 N. Market Street
        Suite 980
        Wilmington, DE 19801

        Mark A. Rigrodsky, Esq.
        919 N. Market Street
        Suite 980
        Wilmington, DE 19801

    I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 24, 2011
       New York, New York

                            <u>/s/ Jared I. Kagan</u>
                            Jared I. Kagan
                            DEBEVOISE & PLIMPTON LLP
                            919 Third Ave.
                            New York, New York 10022
                            (212) 909-6000
                            jikagan@debevoise.com