USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

JUDITH STRICKLAND, Derivatively On Behalf of
Nominal Defendant CHINA NORTH EAST
PETROLEUM HOLDINGS LIMITED,

        Plaintiff,

v.

WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE,
EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO,
JU GUIZHI,

        Defendants,

- and –

CHINA NORTH EAST PETROLEUM HOLDINGS
LIMITED,

        Nominal Defendant.

----------------------------------------X

ECF Case

10-cv-05445-MGC

NOTICE OF MOTION

10-cv-06319 (MGC)
10-cv-06344 (MGC)

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings in this action, defendant Robert C. Bruce hereby moves, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss the Verified Amended Shareholder Derivative Complaint. Pursuant to Judge Cedarbaum's Individual Rules of Practice, this motion is returnable for oral argument at 10:00 a.m. on Thursday, May 19, 2011.

Dated April 20, 2011

DEBEVOISE & PLIMPTON LLP

By: /s/ Edwin G. Schallert
Edwin G. Schallert
Katherine H. Worden
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
egschall@debevoise.com
khworden@debevoise.com

*Attorneys for Defendant Robert C. Bruce*

*Handwritten endorsement:* Motion granted. For oral opinion, see record of proceedings. These actions are dismissed. So ordered. /s/ United States District Judge May 26, 2011

23414937v1