UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUDITH STRICKLAND, Derivatively On Behalf
of Nominal Defendant CHINA NORTH EAST
PETROLEUM HOLDINGS LIMITED,
                            Plaintiff,

-against-

WANG HONGJUN, YU LIGUO, ROBERT C.
BRUCE, EDWARD M. RULE, LI JINGFU,
ZHANG YANG DIO, JU GUIZHI,
                            Defendant,

-and-

CHINA NORTH EAST PETROLEUM HOLDINGS
LIMITED,
                            Nominal Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/11

10 **CIVIL** 5445 (MGC)
10 **CIVIL** 6319 (MGC)
10 **CIVIL** 6344 (MGC)
**JUDGMENT**

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 9 (b) and 12(b)(6), and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on May 26, 2011, having rendered its Memo Endorsed Order granting the motion, and dismissing these actions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 26, 2011, the motion is granted, and these actions are dismissed.

**Dated:** New York, New York
         May 27, 2011

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                              **BY:**
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____