UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI,<br><br>          Defendants,<br><br>     - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>          Nominal Defendant. | C.A. No. 1:10-cv-05445 (MGC) |

[Captions continued on following page]

**NOTICE OF PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT
PURSUANT TO RULE 59(e) OF THE FEDERAL
<u>RULES OF CIVIL PROCEDURE</u>**

| | |
|---|---|
| SHERWIN DROBNER,<br><br>               Plaintiff,<br><br>    v.<br><br>WANG HONGJUN, , ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO<br><br>               Defendants,<br><br>    - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>               Nominal Defendant. | C.A. No. 1:10-cv-06319 (MGC) |
| JONO NICOLN, derivatively on behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>               Plaintiff,<br><br>    v.<br><br>WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, YU LIGUO, ROBERT BRUCE, EDWARD RULE, RUISHI HU, and LI JINGFU,<br><br>               Defendants,<br><br>    - and -<br><br>CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED,<br><br>               Nominal Defendant. | C.A. No. 1:10-cv-06344 (MGC) |

PLEASE TAKE NOTICE THAT plaintiffs Judith Strickland, Sherwin Drobner, and Jono Nicoln will move this Court on May 30, 2011 at 10:00 a.m. for an Order altering or amending the judgment entered on May 27, 2011, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, to afford Plaintiffs an opportunity to effect service of process upon Wang Hongjun, Zhang Yang Dio, Ju Guizhi, Yu Liguo, Edward Rule, Ruishi Hu, And Li Jingfu in the People's Republic of China pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, [1969] 20 U.S.T. 361, T.I.A.S. No. 6638.

Dated: Garden City, New York
June 1, 2011

**RIGRODSKY & LONG, P.A.**

 /s/ Timothy J. MacFall
Seth D. Rigrodsky
sdr@rigrodskylong.com
Timothy J. MacFall
tjm@rigrodskylong.com
585 Stewart Ave., Suite 304
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530

*Lead Counsel for Plaintiffs*

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone:  (610) 225-2677
Facsimile:  (610) 225-2678

**COHEN MILSTEIN SELLERS & TOLL PLLC**
RICHARD A. SPEIRS
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

**AARON DARSKY, P.C.**
AARON H. DARSKY
345 Franklin Street, Suite 103
San Francisco, CA 94103
Telephone: (417) 515-4220
Facsimile: (877) 591-2880

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Timothy J. MacFall, certify that on this 1st day of June 2011, I caused true and correct copies of:

- NOTICE OF PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT PURSUANT TO RULE 59(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE

- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT PURSUANT TO RULE 59(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE

- DECLARATION OF TIMOTHY J. MACFALL IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT PURSUANT TO RULE 59(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE

to be served via (i) via first class mail and (ii) electronically upon the following:

| Michael J. Coffino, Esq. | Edwin G. Schallert, Esq. |
|---|---|
| **THE CRONE LAW GROUP** | **DEBEVOISE & PLIMPTON LLP** |
| 101 Montgomery Street, Suite 2650 | 919 Third Avenue |
| San Francisco, CA 94104 | New York, NY 10022 |

Lawrence Brocchini, Esq.
**REAVIS PARENT LEHRER LLP**
41 Madison Avenue, 41st Floor
New York, NY 10010

/s/ Timothy J. MacFall
Timothy J. MacFall