UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JUDITH STRICKLAND, Derivatively On Behalf of Nominal Defendant CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | ) ) ) ) | C.A. 10-cv-05445-MGC  ECF Case |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WANG HONGJUN, YU LIGUO, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, ZHANG YANG DIO, JU GUIZHI, | ) ) ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | ) ) ) | |
| Nominal Defendant. | ) | |
| SHERWIN DROBNER | ) ) | C.A.10-cv-06319-MGC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WANG HONGJUN, ROBERT C. BRUCE, EDWARD M. RULE, LI JINGFU, YU LIGUO, JU GUIZHI, ZHANG YANG DIO | ) ) ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED, | ) ) ) ) | |
| Nominal Defendant. | ) | |

23457565v1

| | |
|---|---|
| JONO NICOLN, Derivatively on Behalf of CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED ) ) ) ) Plaintiff, ) ) ) v. ) ) ) WANG HONGJUN, ZHANG YANG DIO, JU GUIZHI, ) YU LIGUO, ROBERT BRUCE, EDWARD RULE, ) RUISHI HU, and LI JINGFU ) ) ) Defendants, ) ) - and – ) ) ) CHINA NORTH EAST PETROLEUM HOLDINGS ) LIMITED, ) ) ) Nominal Defendant. ) ) -------------------------------------------------------------x | C.A.10-cv-06344-MGC |

## CERTIFICATE OF SERVICE

I, Christine Ford, an attorney associated with Debevoise & Plimpton LLP, attorneys for defendant Robert C. Bruce, certify that I am over 18 years of age and that on this 22nd day of June, 2011, I caused copies of the foregoing **Memorandum of Defendant Robert C. Bruce in Response to Plaintiffs' Motion to Amend or Alter Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure** to be served by First Class Mail on the following attorneys for plaintiff Judith Strickland:

    Brian D. Long, Esq.
    919 N. Market Street
    Suite 980
    Wilmington, DE 19801

    Marc A. Rigrosdky, Esq.
    919 N. Markey Street, Suite 980
    Wilmington, DE 19801

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2011
       New York, New York

*/s/ Christine Ford*
Christine Ford
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, New York 10022
(212) 909-6000
cford@debevoise.com

23457565v1