# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JUDITH STRICKLAND, Derivatively On
Behalf of Nominal Defendant CHINA
NORTH EAST PETROLEUM HOLDINGS
LIMITED,

            Plaintiff,

        v.

WANG HONGJUN, YU LIGUO, ROBERT C.
BRUCE, EDWARD M. RULE, LI JINGFU,
ZHANG YANG DIO, JU GUIZHI,

            Defendants,

        - and -

CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED,

            Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 5 AUG 2011

C.A. No. 1:10-cv-05445 (MGC)

**NOTICE OF APPEAL
IN A CIVIL CASE**

U S DISTRICT COURT SDNY
2011 AUG -5 P 4: 15
RECEIVED

Notice is hereby given that Judith Strickland hereby appeals to the United States

Court of Appeals for the Second Circuit from the District Court's Memorandum Opinion,

dated and entered on July 8, 2011, a true and correct copy of which is attached as Exhibit

A hereto, denying Plaintiffs' motion to alter or amend the judgment pursuant to Rule

59(e) of the Federal Rules of Civil Procedure to permit Plaintiffs additional time to effect



U.S. DISTRICT COURT
FILED
AUG 05 2011
S. D. OF N.Y.

service on certain foreign defendants.

Dated: New York, New York
August 5, 2011

**RIGRODSKY & LONG, P.A.**

By: _____
Timothy J. MacFall
585 Stewart Ave., Suite 304
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: tjm@rigrodskylong.com